# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DALTON SKINNER, individually and on**            **PLAINTIFF**
**behalf of all others similarly situated**

v.                    Case No.: 4:21-cv-00746

**HUNT MILITARY COMMUNITIES MGMT., LLC**            **DEFENDANT**

## ORDER

Plaintiff Dalton Skinner brought this suit against Defendant Hunt Military Communities Mgmt., LLC ("Hunt") on August 24, 2021.[1] Mr. Skinner laid venue in the Eastern District of Arkansas because (1) "[t]he acts complained of [in the Complaint] were committed and had their principal effect within the Central Division of the Eastern District of Arkansas," and (2) Mr. Skinner was "employed at [Hunt's] facility in this District and a substantial part of the events alleged [in the Complaint] occurred in this District."[2] On October 11, 2021, the parties jointly moved to stay the case so they could pursue mediation.[3] The mediation resulted in "an agreement to request a change of venue to the Western District of Texas . . . ."[4]

Pending before the Court is the parties' Joint Motion to Transfer.[5] Pursuant to their mediated agreement, they seek transfer of this action to the Western District of Texas.[6] 28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have

---

[1] Compl. (Doc. 1).

[2] *Id.* ¶¶ 6–7.

[3] Joint Stipulation to Stay Case (Doc. 4).

[4] Joint Mot. to Transfer (Doc. 7) ¶ 4.

[5] *Id.*

[6] *Id.* ¶ 5.

consented." All parties consent to a transfer to the Western District of Texas.[7] Moreover, such a transfer is, in the Court's view, appropriate "[f]or the convenience of parties and witnesses . . . ."[8] Therefore, the Joint Motion to Transfer is GRANTED. The Clerk is directed to immediately transfer this civil action to the Western District of Texas.

    IT IS SO ORDERED this 25th day of July 2022.

                                                _____
                                                LEE P. RUDOFSKY
                                                UNITED STATES DISTRICT JUDGE

---

[7] *Id.*

[8] 28 U.S.C. § 1404(a); *see* Joint Mot. to Transfer (Doc. 7) ¶¶ 4–5 (stating that "Defendant's corporate headquarters is located" in the Western District of Texas and that transfer of venue will allow "additional claims [to] be pled in the appropriate venue"); Joint Status Report (Doc. 6) ¶ 2 (stating that "a majority of the impacted settlement class members" are located in the Western District of Texas).